IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALEXANDER MARSHALL, | ) | No. C 11-03927 EJD (PR) |
| Petitioner, | ) | ORDER OF DISMISSAL |
| vs. | ) | |
| THE STATES, | ) | |
| Respondent. | ) | |

Petitioner, a detainee at the Santa Clara County Jail proceeding pro se, filed the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On August 23, 2011, mail sent to Petitioner by the Court was returned to the Clerk of the Court with a notation that it was undeliverable as Petitioner was "not in custody." (See Docket No. 3.) As of the date of this order, Petitioner has not updated his address with the Court or submitted any further pleadings in this case.

Pursuant to Northern District Local Rule 3-11 a party proceeding pro se whose address changes while an action is pending must promptly file a notice of change of address specifying the new address. See L.R. 3-11(a). The Court may, without prejudice, dismiss a complaint when: (1) mail directed to the pro se party by the court has been returned to the court as not deliverable, and (2) the court fails to receive within sixty days

1 of this return a written communication from the pro se party indicating a current address.
2 See L.R. 3-11(b).
3     More than sixty days have passed since the mail directed to Petitioner by the Court
4 was returned as undeliverable. The Court has not received a notice from Petitioner of a
5 new address. Accordingly, the instant habeas action is DISMISSED without prejudice
6 pursuant to Rule 3-11 of the Northern District Local Rules. The Clerk shall terminate all
7 pending motions and close the file.
8     IT IS SO ORDERED.
9 DATED: November 8, 2011

EDWARD J. DAVILA
United States District Judge

Order of Dismissal
03927Marshall_3-11dism.wpd

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ALEXANDER MARSHALL,

          Petitioner,

  v.

THE STATES,

          Respondent.
                                                /

Case Number: CV11-03927 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 11/14/2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alexander Marshall BCC873
Santa Rita County Jail
5325 Broader Blvd
Dublin, CA 94568

Dated: 11/14/2011

                                      Richard W. Wieking, Clerk
                                   /s/By: Elizabeth Garcia, Deputy Clerk